PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☐ INDICTMENT ☒ COMPLAINT

CASE NO. 2:21-MJ-00078-VCF

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: KASHIF JENIECE SHANKLE

Address:

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — DISTRICT OF NEVADA
DISTRICT OF NEVADA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: AYLIN ALEXANDER
☐ U.S. Atty ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): RACHEL KENT, SAUSA

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

JAN 21 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

☐ Interpreter Required

Birth Date _____
☒ Male ☐ Female ☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
NATIONAL PARK SERVICE

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense | County Clark

### DEFENDANT

Issue: ☐ Warrant ☒ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

Social Security Number _____

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 4 | 36 C.F.R. Section 4.2(b); NRS 483.550(1) | Driving without a Driver's License | ☐ Felony ☒ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |