Jordan M. Flake, Esq.
Nevada Bar No. 10583
Christopher Cawlfield, Esq.
Nevada Bar No. 13668
**CONFIDENCE LEGAL ATTTORNEYS AT LAW**
8905 S Pecos Road, Suite 23B
Henderson, NV 89074
(702) 818-1800
(702 973-1999 (fax)
Jordan@confidencelegal.com
Chris@confidencelegal.com
*Attorneys for Defendant,*
*Kashif Shankle*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:21-mj-00078-VCF |
| Plaintiff, | **ORDER FOR COURT TO CHANGE PLEA** |
| vs. | |
| KASHIF JENIECE SHANKLE, | |
| Defendant. | |

The parties, by and through their respective counsel and in consideration of Petty Offense Plea Agreement ("Plea Agreement") executed by them and entered in this Court on February 25, 2021, hereby stipulate and move to change Defendant's plea as follows:

1. Kashif Shankle (the "Defendant") was required to complete and or comply with the following within six months of the Plea Agreement:

a. $100 fine and $10 penalty assessment fee

b. Lower Court Counseling DUI and Victim Impact Panel

c. Defensive driving course

d. Alcohol awareness course

e. No return to Lake Mead Recreation Area for 6 months and must not violate any local, state or federal laws

2. Defendant has complied with the above-listed requirements of the Plea Agreement, and did so within the allotted six months. Documentary support is provided as follows:

- **Exhibit 1**: Proof of payment
- **Exhibit 2**: Certificate of completion for Lower Court DUI and Victim Impact Panel
- **Exhibit 3**: Certificate of completion for Defensive Driving course
- **Exhibit 4**: Certificate of completion for Alcohol Awareness course

///

///

///

3. In light of her completion of the foregoing requirements and in accordance with the Petty Offense Plea Agreement, Defendant moves the Court to withdraw her guilty plea to Count One and further moves the Court to change the plea to guilty to Count Four, a charge of driving without a Driver's License.

IT IS SO STIPULATED:

Dated this 22 day of November 2021.     Dated this 22 day of November 2021.

_____/s/Rachel Kent_____          _____/s/Jordan Flake_____
Rachel Kent, Esq.                       Jordan M. Flake, Esq.
Nevada State Bar No. 13644              Nevada State Bar No. 10583
Special Assistant US Attorney           Confidence Legal Attorneys at Law
*Attorneys for the United States*       *Attorneys for Defendant*

**IT IS SO ORDERED:**

Dated this __7__ day of __December__ 2021.

_____
United States Magistrate Judge